| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  #1 L&T Contracting, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Elegant Flooring Showroom

**3. Debtor's federal Employer Identification Number (EIN)**  82-1961397

**4. Debtor's address**

Principal place of business

1291 South Houston Lake Road
Warner Robins, GA 31088-2752
Number, Street, City, State & ZIP Code

Houston
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **#1 L&T Contracting, LLC**                                                     Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

| Debtor | **#1 L&T Contracting, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
■ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor  **#1 L&T Contracting, LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **#1 L&T Contracting, LLC**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 23, 2024**
MM / DD / YYYY

**X**   **/s/ Tabitha Samayoa**     **Tabitha Samayoa**
Signature of authorized representative of debtor     Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X**   **/s/ Wesley J. Boyer**     Date   **May 23, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Wesley J. Boyer**
Printed name

**Boyer Terry LLC**
Firm name

**348 Cotton Avenue, Suite 200**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **(478) 742-6481**     Email address   **Wes@BoyerTerry.com**

**073126 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **#1 L&T Contracting, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 23, 2024**         X **/s/ Tabitha Samayoa**
                                        Signature of individual signing on behalf of debtor

                                        **Tabitha Samayoa**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **#1 L&T Contracting, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **A.R.C. Floors US** 1283 Enclave Road Chattanooga, TN 37415 | | | **Disputed** | | | $2,817.29 |
| **CFG Merchant Solutions, LLC** 180 Maiden Lane, Floor 15 New York, NY 10038 | | | **Disputed** | | | $40,580.00 |
| **Cloud Fund, LLC Quick Bridge Funding** 410 Exchange, Suite 150 Irvine, CA 92602 | | | **Disputed** | | | $12,746.00 |
| **Cox Media** 6205-B Peachtree Dunwoody Road Atlanta, GA 30328 | | | **Disputed** | | | $10,555.69 |
| **Lendmark Financial** 1114 SR 96, Suite A2 Kathleen, GA 31047 | | | | | | $8,000.00 |
| **MCA Debt Advisors** 1001 State Street, Suite 1400 Erie, PA 16501 | | | | | | $112,754.56 |
| **Mohawk** 160 S. Industrial Boulevard Calhoun, GA 30701 | | | | | | $9,126.65 |
| **Premier Tile** 6151 Gateway Road Columbus, GA 31909 | | | | | | $6,009.19 |
| **R. A. Siegal** 8075 Troon Circle, Suite 100 Austell, GA 30168 | | | | | | $5,030.41 |

Debtor **#1 L&T Contracting, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Specialty Capital, LLC**<br>**6860 Austin Street**<br>**Forest Hills, NY 11375** | | | | | | $63,956.25 |
| **Specialty Capital, LLC**<br>**6860 Austin Street**<br>**Forest Hills, NY 11375** | | | | | | $22,460.70 |
| **Traditions**<br>**201 Woodfield Court**<br>**Macon, GA 31210** | | | | | | $14,453.19 |
| **U.S. Small Business Admin.**<br>**Attn: Legal Department**<br>**14925 Kingport Road**<br>**Fort Worth, TX 76155** | | | | | | $500,000.00 |

# United States Bankruptcy Court
## Middle District of Georgia

In re **#1 L&T Contracting, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 23, 2024**

**/s/ Tabitha Samayoa**  
**Tabitha Samayoa**/**Managing Member**  
Signer/Title

A.R.C. Floors US
1283 Enclave Road
Chattanooga, TN 37415

CFG Merchant Solutions, LLC
180 Maiden Lane, Floor 15
New York, NY 10038

CFG Merchant Solutions, LLC
QuickBooks
Lien Solutions
PO Box 29071
Glendale, CA 91209

Cloud Fund, LLC
Quick Bridge Funding
410 Exchange, Suite 150
Irvine, CA 92602

Cox Media
6205-B Peachtree Dunwoody Road
Atlanta, GA 30328

Innovative Capital Advisors, LLC
8700 State Line Road, Suite 380
Leawood, KS 66206

Lendmark Financial
1114 SR 96, Suite A2
Kathleen, GA 31047

MCA Debt Advisors
1001 State Street, Suite 1400
Erie, PA 16501

Mohawk
160 S. Industrial Boulevard
Calhoun, GA 30701

Premier Tile
6151 Gateway Road
Columbus, GA 31909

R. A. Siegal
8075 Troon Circle, Suite 100
Austell, GA 30168

Specialty Capital, LLC
6860 Austin Street
Forest Hills, NY 11375

Traditions
201 Woodfield Court
Macon, GA 31210

```
U.S. Small Business Admin.
Attn: Legal Department
14925 Kingport Road
Fort Worth, TX 76155
```

# United States Bankruptcy Court
## Middle District of Georgia

In re  **#1 L&T Contracting, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **#1 L&T Contracting, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 23, 2024 | /s/ Wesley J. Boyer |
| Date | **Wesley J. Boyer** |
| | Signature of Attorney or Litigant |
| | Counsel for  **#1 L&T Contracting, LLC** |
| | **Boyer Terry LLC** |
| | **348 Cotton Avenue, Suite 200** |
| | **Macon, GA 31201** |
| | **(478) 742-6481 Fax:(770) 200-9230** |
| | **Wes@BoyerTerry.com** |